UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED
AUG 2 2 2000
Michael N. Milby, Clerk of Court

| | |
|---|---|
| Gary Gates and Melissa Gates a/n/f of Scott and Travis Gates, § § § § | |
| Plaintiff, § | |
| vs. § | C. A. No. H-00-1189 |
| Lamar Consolidated ISD, § § | |
| Defendant. § | |

ORDER OF DISMISSAL ON STIPULATION BY PARTIES

The Court is in receipt of a Stipulation of Dismissal submitted on August 18, 2000, in which the parties agree that the claims against Lamar Consolidated Independent School District should be dismissed with prejudice. Accordingly, it is hereby

ORDERED that this case is DISMISSED with prejudice, with each party to bear its own costs.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on August __22__, 2000.

Ewing Werlein, Jr.
United States District Judge

6